WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Patricia L. Penny, Esq., SBN 124969
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorneys for Defendants, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY3, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-HY3 (incorrectly sued as THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY3, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-HY3, a national association), and RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY MANNELLO, an individual, | Case No. |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Complaint Filed: September 29, 2015 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-HY3, MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-HY3, a national association; RESIDENTIAL CREDIT SOLUTIONS, INC., a Delaware corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

## PROOF OF SERVICE

I, L. ROBLEY, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On November 5, 2015, I served the **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) [DIVERSITY OF CITIZENSHIP]** on all interested parties in this action as follows:

[ ]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Aidan W. Butler, Esq.                    Attorney for Plaintiff,
Attorney at Law                          Sherry Mannello
3550 Wilshire Blvd, Suite 1924
Los Angeles, CA 90010

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (State) I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2015, at Newport Beach, California.

_L. Robley_ (signature)
L ROBLEY